IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LINDA R. PRUITT                                                                    PLAINTIFF

v.                                        CIVIL NO. 06-3012

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                        DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, we hereby grant defendant's

motion to remand, reverse the decision of the Commissioner, and remand the case for further

consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),

(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 6th day of November 2006.


                                        /s/ Beverly Stites Jones
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE